2022-04973

L

Section 6

JURY

FILED
2022 JUN 03 P 03:19
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:  SECTION:  DIVISION:

TANAE JACKSON

VERSUS

BURGER KING CORPORATION, XYZ INSURANCE COMPANY, TRAVELERS INSURANCE COMPANY, GPS HOSPITALITY PARTNERS, FCCI INSURANCE GROUP, INNOVATIVE BUILDING SOLUTIONS LLC--SOUTHEAST

FILED: _____   _____
                                  DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Petitioner, TANAE JACKSON, a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, who respectfully represents the following:

1.

Made Defendants herein are the following:

1. **BURGER KING CORPORATION**, a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal business establishment is located—and designated in its application to do business in the state—at 3636 South I-10 Service Rd., STE. 100, Metairie, Louisiana 70001.

2. **XYZ INSURANCE COMPANY**, is a foreign insurer authorized to do and doing business in the State of Louisiana, that are alleged to be providing at all times relevant herein, a full force and effect a policy of insurance in favor of Defendant BURGER KING CORPORATION.

3. **GPS HOSPITALITY PARTNERS**, a foreign corporation licensed to do business in the State of Louisiana, with its principal business establishment is located—and designated in its application to do business in the state—at 501 Louisiana Ave., Baton Rouge, Louisiana 70802.

4. **TRAVELERS INSURANCE COMPANY**, a foreign insurance corporation authorized to do and doing business in the State of Louisiana, which, upon information and belief, at all times relevant herein had in full force and effect a policy of insurance in favor of Defendant GPS HOSPITALITY PARTNERS.

5. **INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST**, a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal business establishment is located—and designated in its application to do business in the state—at 140 Bayou Portuguese Dr., Larose, Louisiana 70373.

6. **FCCI INSURANCE GROUP**, is a foreign insurer authorized to do and doing business in the State of Louisiana, that is alleged to be providing at all times relevant herein, a full force and effect a policy of insurance in favor of Defendant INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST.

EXHIBIT A

VERIFIED
Jovan Gibson
2022 JUN 06 A 09:40

E-Filed

Case 2:23-cv-00905-EEF-KWR Document 1-1 Filed 03/10/23 Page 2 of 8

2022-04973

L
Section 6

FILED
2022 JUN 03 P 03:19
CIVIL
DISTRICT COURT

2.

All of the above-named Defendants are liable unto TANAE JACKSON (referred to hereafter as "Petitioner" or "TANAE JACKSON") jointly, severally, and/or *in solido* for all damages and injuries sued upon herein in an amount which is reasonable in the premises, and which will fully and adequately redress her for her injuries and losses which she has sustained with legal interest from date of judicial demand, for all costs of these proceeding, and for all general and equitable relief.

3.

Venue is proper in Orleans Parish, State of Louisiana, pursuant to Louisiana Code of Civil Procedure Articles 74 and 76 because Orleans Parish is (1) the parish where the wrongful conduct sued upon herein occurred; (2) is the parish where Petitioner's damages were sustained; and (3) is the parish where the accident sued upon herein occurred.

4.

This Court has jurisdiction over this action because the Defendants subjected themselves to the jurisdiction of this Court by conducting business in Orleans Parish, and because the amount in controversy and the subject matter upon which it is based are sufficient to justify jurisdiction in this Court pursuant to Louisiana Code of Civil Procedure Article 2.

5.

On June 5, 2021, TANAE JACKSON was working a shift as a cashier and drive through specialist at Burger King (Store #295), located at 2423 South Carrollton Avenue, New Orleans, Louisiana 70118. That Burger King (Store #295) was owned and/or operated by BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS.

6.

On or prior to June 5, 2021, BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS had hired or contracted with INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST to perform construction/renovation work and/or to perform repairs at the Burger King (Store #295), located at 2423 South Carrollton Avenue, New Orleans, Louisiana 70118.

7.

The construction/renovation work and/or repairs performed by INNOVATIVE

2022-04973



Section 6

FILED
2022 JUN 03  P 03:19
CIVIL
DISTRICT COURT

BUILDING SOLUTIONS LLC SOUTHEAST included the installation of metal beams above or around the kitchen area of the Burger King (Store #295).

8.

The area of Burger King (Store #295) where INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST and/or its employee(s) were actively performing the construction/renovation work and/or repairs was unmarked and unsecured.

9.

On June 5, 2021, TANAE JACKSON was walking near the kitchen area of the Burger King (Store #295), when suddenly and without warning, she was struck in the head and shoulder areas by an unsecured, falling metal beam.

10.

As a direct result of TANAE JACKSON being struck on the head and shoulder areas by the unsecured, falling metal beam, she suffered physical injuries, including but not limited to, shoulder, head, and arm pain, bruising, blurred vision, radiculopathy, neurological injuries, as well as emotional and/or psychological injuries.

11.

Defendants INNOVATIVE BUILDING SOLUTION LLC SOUTHEAST, BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS owed a duty to Petitioner to maintain its premises and construction/renovation site for which these Defendants had custody, care, and control over in a safe condition so as not to endanger the life, limb, or property of any person, including Petitioner.

12.

Upon information and belief, the metal beam that struck Petitioner was improperly installed and/or improperly secured or was being improperly installed and/or being improperly secured by INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST or employee(s) of INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST at the time Petitioner was struck.

13.

The unsecured metal beam that struck Petitioner while she was working at the Burger King (Store #295) on June 5, 2021 was and presented an unreasonably dangerous condition on BURGER KING CORPORATION'S and/or GPS HOSPITALITY PARTNERS' premises.

Case 2:23-cv-00905-EEF-KWR Document 1-1 Filed 03/10/23 Page 4 of 8

2022-04973


Section 6

FILED
2022 JUN 03 P 03:19
CIVIL
DISTRICT COURT

14.

Upon information and belief, INNOVATIVE BUILDING SOLUTION LLC SOUTHEAST, BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS knew or should have known that there was an improperly installed and/or improperly secured metal beam near the kitchen area of the Burger King (Store #295) on June 5, 2021 which presented an unreasonable risk of harm to individuals such as the Petitioner.

15.

Petitioner alleges that the subject accident and her resulting damages sued upon herein were legally caused by the negligence and/or legal fault of INNOVATIVE BUILDING SOLUTION LLC SOUTHEAST, BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS, and/or its employee(s), in the following, non-exclusive, particulars to wit:

a) Failing to safely maintain a work site;

b) Failing to maintain a safe construction/renovation site;

c) Failing to maintain a safe premises that does not present any unreasonably dangerous conditions to individuals such as the Petitioner;

d) Failing to properly train and supervise its employees with regard to maintaining a safe work area and ensuring that dangerous materials were not present and/or were removed in a timely manner;

e) Failing to ensure that its premises for which it had care, custody or control over did not present any unreasonably dangerous conditions to individuals such as the Petitioner;

f) Failing to mark and secure the area where construction/renovation work and/or repairs was being performed;

g) Failing to warn individuals such as and including the Petitioner of the hazards present on the premises of the Burger King (Store #295) as a result of the construction/renovation work that had been performed and/or that was being performed;

h) Failing to properly secure and/or install the metal beam which struck the Petitioner; and

i) For violating Louisiana Civil Code Articles 2315 *et seq.*, 2316, and 2317, 2317.1, 2320, any committing any other negligent acts and/or omissions which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, which may be shown at the trial of this matter.

16.

Upon information and belief, Petitioner alleges that at the time of the subject accident, there was in full force and effect a liability insurance policy issued by TRAVELERS INSURANCE

Case 2:23-cv-00905-EEF-KWR Document 1-1 Filed 03/10/23 Page 5 of 8

2022-04973

L

Section 6

FILED
2022 JUN 03 P 03:19
CIVIL
DISTRICT COURT

COMPANY, XYZ INSURANCE COMPANY, and/or FCCI INSURANCE GROUP in favor of and for the benefit of BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS and/or INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST which provides liability coverage for the negligent acts and/or omissions of BURGER KING CORPORATION and/or GPS HOSPITALITY PARTNERS and/or INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST and/or these Defendants' employees, and afford liability insurance coverage for the damages sustained by Petitioner as a result of the subject accident sued upon herein. Therefore, Petitioner alleges that TRAVELERS INSURANCE COMPANY, XYZ INSURANCE COMPANY, and/or FCCI INSURANCE GROUP is liable unto Petitioner for her damages sustained as a result of the subject accident sued upon herein.

17.

Petitioner alleges that at the time of the subject incident sued upon herein, INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST and/or GPS HOSPITALITY PARTNERS and/or BURGER KING CORPORATION and/or its employees were covered by a liability insurance policy of TRAVELERS INSURANCE COMPANY, XYZ INSURANCE COMPANY, and FCCI INSURANCE GROUP, that was then in full force and effect by virtue of payment and otherwise.

18.

Petitioner further alleges that TRAVELERS INSURANCE COMPANY, XYZ INSURANCE COMPANY, and FCCI INSURANCE GROUP are obligated to pay any and all damages to others as a result of the negligence of INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST and/or GPS HOSPITALITY PARTNERS and/or BURGER KING CORPORATION and/or its employees, covered by said policy at the time of the subject incident.

19.

Petitioner, TANAE JACKSON, shows that that the above-described incident and injuries she sustained as a result thereof were due to the negligence and/or fault of Defendants, BURGER KING CORPORATION, GPS HOSPITALITY PARTNERS, and/or INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST in the following non-inclusive respects:

    a) Failure to inspect the premises to ensure that no hazardous conditions are present;

    b) Failure to properly maintain the premises;

    c) Failure to warn of a hazardous condition; and

Case 2:23-cv-00905-EEF-KWR Document 1-1 Filed 03/10/23 Page 6 of 8

2022-04973

L

Section 6

FILED
2022 JUN 03  P 03:19
CIVIL
DISTRICT COURT

    d)    Failing to safely maintain a work site;

    e)    Failure to remedy a hazardous condition;

    f)    Failure to exercise reasonable care under the circumstances prevailing at the time of the accident;

    g)    Failing to see what could have been seen;

    h)    Allowing a dangerous condition to exist;

    i)    Failure to take all appropriate safety actions;

    j)    Failure to properly train and monitor employees; and

    k)    For violating Louisiana Civil Code Article 2315 *et seq.* and any other negligent acts and/or omissions which were in contravention of the exercise of due care which may be shown at the trial of this matter.

20.

Petitioner exercised reasonable care at all times material herein and was not negligent or at fault in any way in causing the subject accident and/or her resulting damages and injuries.

21.

Each of the Defendants are further liable under Louisiana Civil Code articles 2317, 2317.1, and 2322 in that the premises upon which Petitioner sustained her injuries on was under the care, custody, and control of INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST and/or GPS HOSPITALITY PARTNERS and/or BURGER KING CORPORATION at the time of the subject incident sued upon herein.

22.

Upon information and belief, prior to and at the time Petitioner was hit with the falling beam and sustained her injuries on June 5, 2021, the Defendants named herein were aware of the hazardous conditions presented by the construction/renovation site and the unsecured and/or improperly installed metal beam near the kitchen area of the Burger King (Store #295).

23.

As a result of Petitioner's injuries and the negligent acts and/or omissions of each of the Defendants named herein, Petitioner has suffered and will continue to suffer the following non-exclusive damages:

    (1) Past, present, and future mental pain, anguish, and suffering;

    (2) Past, present, and future physical pain and suffering;

    (3) Past, present, and future loss of enjoyment of life;

Case 2:23-cv-00905-EEF-KWR   Document 1-1   Filed 03/10/23   Page 7 of 8

2022-04973

**L**

Section 6

FILED
2022 JUN 03  P 03:19
CIVIL
DISTRICT COURT

(4) Past, present, and future medical expenses;

(5) Past, present, and future physical disability and impairment;

(6) Past, present and future loss of wages;

(7) Impairment of earning capacity; and

(8) Any other damages to be proven at the trial of this matter.

24.

Petitioner avers that the subject accident and her resulting damages was caused through no fault or negligence on her part, and that the sole and proximate cause of the subject accident and resulting damages was due to the negligent acts and/or omissions of the Defendants named herein.

25.

Petitioner requests that this mater be tried by a jury on all issues and claims asserted herein.

**WHEREFORE,** Petitioner, TANAE JACKSON, prays that Defendants BURGER KING CORPORATION, GPS HOSPITALITY PARTNERS, INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST, TRAVELERS INSURANCE COMPANY, XYZ INSURANCE COMPANY, and FCCI INSURANCE GROUP be served with this Petition for Damages; that said Defendants be cited to appear and answer same; that a jury trial be had on all issues; and after due proceedings be had, that judgment be entered in favor of Petitioner and against all Defendants jointly, severally, and/or *in solido*, in a sum sufficient to compensate Petitioner for the following:

(1) Past, present, and future mental pain, anguish, and suffering;

(2) Past, present, and future physical pain and suffering;

(3) Past, present, and future loss of enjoyment of life;

(4) Past, present, and future medical expenses;

(5) Past, present, and future physical disability and impairment;

(6) Past, present and future loss of wages;

(7) Impairment of earning capacity;

(8) All litigation expenses and costs allowable by law;

(9) Reasonable attorney fees; and

(10) All other forms of relief provided by law or equity together with legal interest from the date of judicial demand until paid.

**[see next page for signatures]**

E-Filed

7

2022-04973 Case 2:23-cv-00905-EEF-KWR   Document 1-1   Filed 03/10/23   Page 8 of 8

FILED
2022 JUN 03  P 03:19

L
Section 6

CIVIL
DISTRICT COURT

Respectfully submitted,

*[signature]*

Adrian M. Simm Jr. (La. Bar #36673)
Lewis O. Unglesby (La. Bar #12498)
Lance C. Unglesby (La. Bar #29690)
Jamie F. Gontarek (La. Bar #37136)
Jordan L. Bollinger (La. Bar #35663)
Ashley M. Fisher (La. Bar #39722)
**Unglesby Law Firm**
246 Napoleon Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
Lisa@unglesbylaw.com
Lance@unglesbylaw.com
Adrian@unglesbylaw.com
Jamie@unglesbylaw.com
Jordan@unglesbylaw.com
Ashley@unglesbylaw.com

*Attorneys for Petitioner*

**PLEASE SERVE:**

BURGER KING CORPORATION
Through its Registered Agent for Service of Process,
Giselle Diaz Eastlack
820 Elise Ave.
Metairie, Louisiana 70003

TRAVELERS INSURANCE COMPANY
Through the Louisiana Secretary of State,
8585 Archives Ave.
Baton Rouge, Louisiana 70809

GPS HOSPITALITY PARTNERS
Through its Registered Agent for Service of Process,
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

INNOVATIVE BUILDING SOLUTIONS LLC SOUTHEAST
Through its Manager
James Bass
26421 Equity Drive, Suite 201
Daphne, AL  36526

FCCI INSURANCE GROUP
Through the Louisiana Secretary of State,
8585 Archives Ave.
Baton Rouge, Louisiana 70809

A TRUE COPY
*[signature]*
DEPUTY CLERK OF COURT
STATE OF LA