PATIENT: JACKSON,TANAE S                UNIT #: D000789637
ACCOUNT#: D00111282404                  ROOM/BED:
DOB: ███████    AGE: 18    SEX: F       PCP PHYS: DOES NOT KNOW
SERVICE DT: 06/07/21                    AUTHOR: Ackerson,Megan W
PA-C
REP SRV DT: 06/07/21                    REP SRV TM: 1944
\* ALL edits or amendments must be made on the electronic/computer
document \*

## ACKERSON,MEGAN W 06/07/21 1944:
### HPI-General Illness

### General
**Initial Greet Date/Time** 06/07/21 1814

### Presentation
**Chief Complaint** _ (left eye blurry)
**Hx Obtained From** Patient

### Free Text HPI Notes
**Free Text HPI Notes**
Patient is an 18-year-old female here with left eye blurry vision.  At first she stated started today.  States it is constant.  During exam she stated that she is kind of noticed it for a few weeks since starting work at Burger King because of "construction".  She does state that a beam fell on her left arm and head on Saturday.  She did not notice any specific changes in her vision after that but is unsure if it was related.  She denies any pain.  Denies any itchiness.  Does complain of some watery drainage.  States she can still see but everything looks blurry out of her left eye.  She has no history of contact lens use.  Has never been told she needs glasses.  Denies any floaters.  Denies photophobia.

pt also evaluated in ED on 6/3 (chest pain) 6/5 (shoulder pain), and 6/7 (blurry vision)

### Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Review of Systems
**Constitutional**
Denies: Chills, Fatigue, Fever.
**Eyes**
Reports: Blurred L, Discharge L.  Denies: Diplopia, Eye pain L, Photophobia, Redness L.
**Respiratory**



Denies: Cough, non-productive, Cough, productive, Wheezing.
**Cardiovascular**
Denies: Chest pain.
**GI**
Denies: Abdominal pain, Nausea, Vomiting.
**Skin**
Denies: Rash, Swelling.

## Past Medical History - Adult
**Stated Complaint** LT EYE BLURRY
**Allergies**
**Coded Allergies:**
No Known Allergies (06/03/21)

**Home Medications**
**Active Scripts**
NAPROXEN (NAPROSYN) 500 MG PO BID
   NAPROXEN (NAPROSYN) 500 MG PO BID  #10 TAB
   Prov:   06/05/21
CYCLOBENZAPRINE (FLEXERIL) 10 MG PO BID PRN muscle spasms
   CYCLOBENZAPRINE (FLEXERIL) 10 MG PO BID PRN muscle spasms #10 TAB
   Prov:   06/05/21
LIDOCAINE (LIDODERM 5% TRANSDERMAL) 1 PATCH TRANSDERM DAILY
   LIDOCAINE (LIDODERM 5% TRANSDERMAL) 1 PATCH TRANSDERM DAILY  #5
PATCH
   Prov:   06/05/21

**Review of Nursing Notes** Rev avail, and agree

## Physical Exam

**Vital Signs**
**Review of Vital Signs** Reviewed

**Physical Exam**
**General/Const**
   **General/Const** Awake, Alert, No acute distress
**Eyes**
   **Eyes** PERRL, EOMI, No nystagmus, No periorbital redness
**Ears/Nose/Throat**

**Ears/Nose/Throat** Mucous membranes moist
**Resp/Chest**
  **Respiratory/Chest** No respiratory distress
**Cardiovascular**
  **Cardiovascular** Heart rate NL
**MS Upper Extrem**
  **Upper Extremity/MS** Full range of motion
**MS Lower Extrem**
  **Lower Ext/Pelvis/MS** Full range of motion
**Skin**
  **Skin** Warm, Dry
**Neurologic**
  **Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
**Laboratory Tests:**

|  | 06/07 1746 |
| --- | --- |
| Urines |  |
| POC Ur Pregnancy Test (NEG) | NEGATIVE |

## Re-Evaluation & MDM

### Free Text MDM Notes
**Free Text MDM Notes**
18-year-old female here with left eye blurry vision. This acuity is worse in the left eye. Intraocular pressure 18 in both eyes. No corneal abrasion seen on exam. Normal pupils.

At first visual acuity was 20/200 in the left eye. I had patient try again and it was 20/50 in the left after fluorescein exam. No corneal abrasion seen

Seen by ophthalmology here. They recommend CT head and orbits. Patient refused these test. States she did not want to have it done.

We will discharge with artificial tears and refer to ophthalmology. They will follow her in clinic. Stable for discharge. Given return precautions

# ED Course
## Medication(s) Ordered
Medication(s) Ordered:
## Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Fluorescein Sodium | 1 APPLIC | X1ED ONE LEFT EYE | 06/07 1825 06/07 1826 | DC | 06/07 1828 |

## Eye, Ear, Nose And Throat (Een

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Tetracaine HCl | 1 DROP | X1ED ONE LEFT EYE | 06/07 1825 06/07 1826 | DC | 06/07 1828 |

# Patient Discharge & Departure

## Vital Signs/Condition
### Vital Signs
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 06/07 1812 |
| B/P | 129/63 | 06/07 1812 |
| B/P Mean | 85 | 06/07 1812 |
| O2 Delivery | Room air | 06/07 1812 |
| Temp | 36.6 | 06/07 1812 |
| Pulse | 78 | 06/07 1812 |
| Resp | 16 | 06/07 1812 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 06/07 1812 |
| B/P | 129/63 | 06/07 1812 |
| B/P Mean | 85 | 06/07 1812 |
| O2 Delivery | Room air | 06/07 1812 |
| Temp | 36.6 | 06/07 1812 |
| Pulse | 78 | 06/07 1812 |
| Resp | 16 | 06/07 1812 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Blurry vision
**Time of Impression** 2155

## Disposition Decision
**Discharge**
 )( **Discharged to Home** Yes
 )( **Time** 2155
 )( **Date** 06/07/21

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Need for follow-up, When to return to ED
**(Auto) Prescriptions**
**Current Visit Scripts**
POLYVINYL ALCOHOL 1.4% (ARTIFICIAL TEARS) 1 DROP EACH EYE QID PRN PRN eye irritation
 POLYVINYL ALCOHOL 1.4% (ARTIFICIAL TEARS) 1 DROP EACH EYE QID PRN PRN eye irritation #15 ML


**Patient Instructions** ED Blurred Vision
**Additional Instructions**
Follow-up with eye doctor
Return to ED with worsening symptoms or concerns
**Departure Forms**
**Additional Information/Notices**
My Health One

## Chehardy,Charles 06/07/21 1947:
## Physical Exam


## Vital Signs
**Vital Signs**
First Documented:

|          | Result | Date Time     |
|----------|--------|---------------|
| Pulse Ox | 98     | 06/07 1812    |

| B/P | 129/63 | 06/07 1812 |
|---|---|---|
| B/P Mean | 85 | 06/07 1812 |
| O2 Delivery | Room air | 06/07 1812 |
| Temp | 36.6 | 06/07 1812 |
| Pulse | 78 | 06/07 1812 |
| Resp | 16 | 06/07 1812 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 06/07 1812 |
| B/P | 129/63 | 06/07 1812 |
| B/P Mean | 85 | 06/07 1812 |
| O2 Delivery | Room air | 06/07 1812 |
| Temp | 36.6 | 06/07 1812 |
| Pulse | 78 | 06/07 1812 |
| Resp | 16 | 06/07 1812 |

## Re-Evaluation & MDM

### Free Text MDM Notes
**Additional Text**
No reason for blurry vision detected in the ED or via ophthalmologic consultation. Patient has refused CT scan and she will follow-up in ophthalmology clinic as outpatient.

## Patient Discharge & Departure

### Supervising Physician Note
**MidLv Saw Pt Alone**
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Ackerson,Megan W PA-C on 06/07/21 at 2208
Electronically Signed by Chehardy,Charles MD on 06/08/21 at 0121

RPT #: 0607-0578
***END OF REPORT***



Name: Tanae Jackson
Age: 19
Date of EMG: 08/04/2022
Social Security Number:

Date of Birth: ███████
Sex: Female

## Upper Extremities Nerve Conduction Study

| Nerves | Distance(cm) | Latency(ms) | Amplitude | C.V.(m/s) |
|---|---|---|---|---|
| Right Median (motor) | 21 | Distal: 3.5 [<4.5]<br><br>Proximal: 7.9 | Distal: 13.3 [>3mV]<br><br>Proximal: 9.3 | 54.7 [>48] |
| Right Median (F Wave) | | 23.8 | | |
| Right Ulnar (motor) | 28<br>25 | Distal: 2.5 [<3.6]<br>AE: 7.5<br>BE: 4.5 | Distal: 9.6 [>5mV]<br>AE: 6.4<br>BE: 8.5 | 56.0 [>48]<br><br>125 |
| Right Ulnar (F Wave) | | 27.0 | | |
| Right Median Palmar Sensory | 8.0 | 2.0 [<2.3] | 80.0 [>40μV] | |
| Right Ulnar Palmar Sensory | 8.0 | 1.9 [<2.2] | 20.0 [>11μV] | |
| Right Radial Sensory | 10.0 | 2.2 [<2.5] | 37.5 [>15μV] | |
| | | | | |

## Upper Extremities Nerve Conduction

| Nerves | Distance(cm) | Latency(ms) | Amplitude | C.V.(m/s) |
|---|---|---|---|---|
| Left Median (motor) | 21 | Distal: 38 [<4.5]<br><br>Proximal: 6.7 | Distal: 13.7 [>3mV]<br><br>Proximal: 11.2 | 74.1 [>48] |
| Left Median (F Wave) | | 23.7 | | |
| Left Ulnar (motor) | 30<br>12 | Distal: 2.8 [<3.6]<br>AE: 7.8<br>BE: 4.4 | Distal: 8.7 [>5mV]<br>AE: 8.0<br>BE: 8.7 | 58.0 [>48]<br><br>68.5 |
| Left Ulnar (F Wave) | | 24.7 | | |
| Left Median Palmar Sensory | 8.0 | 2.0 [<2.3] | 91.7 [>40µV] | |
| Left Ulnar Palmar Sensory | 8 | 1.9 [<2.2] | 45.0 [>11µV] | |
| Left Radial Sensory | 10 | 2.0 [<2.5] | 50.0 [>15µV] | |
| | | | | |

## NEEDLE EXAM OF UPPER EXTREMITIES

| Left | Insertional Activity | Fibs | Fasc | Motor Unit Potentials |
|---|---|---|---|---|
| Bicep | Increased | 0 | 0 | Normal |
| Deltoid | Normal | 0 | 0 | Normal |
| Pronator | Increased +wave | + | 0 | Normal |
| Brachioradialis | | | | |
| APB | | | | |
| FDI | Normal | 0 | 0 | Normal |
| Cervical Paraspinal | Increased +wave | 0 | 0 | Polyphasic |
| Right | Insertional Activity | Fibs | Fasc | Motor Unit Potentials |
| Bicep | Normal | 0 | 0 | Normal |
| Deltoid | | | | |
| Pronator | Normal | 0 | 0 | Normal |
| Brachioradialis | | | | |
| APB | | | | |
| FDI | | | | |
| Cervical Paraspinal | Normal | 0 | 0 | Normal |

**Summary:** Nerve conduction studies of both upper extremities including F waves were obtained. Ulnar motor nerves were affected across the elbows with loss of amplitudes in the left side. EMG was abnormal as shown. examination of the selective muscles were normal.

**Impression:**  1) Left C6, C7 radiculopathies.
2) Bilateral ulnar neuropathies across the elbow Left > Right.

Morteza Shamsnia, M.D.
FAAN, FAASM, FAANEM



**Patient:**    Tanae Jackson

Somatosensory evoked potentials of the median nerves were obtained with recording from Erb's point, cervical and also cortical electrodes.

On stimulation of the right median nerve, Erb's potential had 9.2 msec. Cervical Potentials had 12.2 msec. Cortical responses were 17.7 msec. On stimulation of the left median nerve, Erb's potential was 9.1 msec., cervical potentials had 12.3 msec., and cortical had 16.3 msec. latencies.

## DERMATOMAL SOMATOSENSORY EVOKED POTENTIALS
## UPPER EXTREMITIES

|       | RIGHT SIDE (msec.) | LEFT SIDE (msec.) |
|-------|--------------------|-------------------|
| C4    | 17.5               | 20.8              |
| C5    | 23.2               | 18.2              |
| C6    | 18.1               | 18.2              |
| C7    | 17.1               | 19.2              |
| C8    | 19.1               | 16.7              |

**Summary:**
Somatosensory evoked potentials of the median nerves and also the dermatomal studies of both upper extremities from C4 to C8 were performed.

**Impression:**

1.    This is a normal median somatosensory evoked potential studies of the right and left side.

2.    Normal Dermatomal somatosensory studies of both upper extremities (C4-C8).

**Morteza Shamsnia, M.D.**
**FAAN, FAASM, FAANEM**

2909 Kingman Street, Metairie, Louisiana 70006  * (504) 717-2233  Fax *(504) 517-1771



# Visual Evoked Response Report

**Shamsnia Neurology**

| PATIENT NAME: | Jackson | Tanae | | | MI | ☐ |
|---|---|---|---|---|---|---|
| | LAST | FIRST | ☐ | | | |

**DATE OF BIRTH:** ███████

**REFERRING PHYSICIAN:**         **DATE OF** .    **08/13/2022**

**INSURANCE PROVIDER:**

## SUMMARY:

The Visual Evoked Responses (VER) were obtained utilizing standard protocol.

Stimulation of the **Left eye** with multiple trials showed P1 waves were identifiable with absolute P1 latency of 111.30 milliseconds.

Stimulation of the **Right eye** with multiple trials, P1 waves were identifiable with absolute latency of 112.80 milliseconds.

## Impression:

This is an abnormal visual evoked response with prolonged P1 latency of the right eye and left eye. The P1 difference between left and right eye were 1.5 ms. These prolonged absolute latencies are consistent with mild bilateral optic nerve dysfunction. Clinical correlate is required.

Morteza Shamsnia, MD
FAAN, FAASM, FAANEM

Physician Signature



# Brain Stem Evoked Potentials ( BAER) Report

**Shamsnia Neurology**

| | | | | | |
|---|---|---|---|---|---|
| **PATIENT NAME:** | Jackson | | Tanae | | |
| | LAST | | FIRST | ☐ | MI ☐ |

**DATE OF BIRTH:** ▮▮▮▮▮▮

**REFERRING PHYSICIAN:**                     **DATE OF BAER:  08/13/2022**

**INSURANCE PROVIDER:**

**Description:**

The Brainstem Evoked Responses (BAER) were obtained utilizing standard protocol.

Stimulation of the left ear wave I, III, and V were identifiable with absolute latencies of 1.48, 3.58 5.36 in milliseconds, respectively. Interpeak latencies of wave I-III was 2.1 milliseconds and III-V was 1.78 ms. The wave I-V interpeak latency also was recorded at 3.88 milliseconds.

Stimulation of the right ear wave I, III, and V were identifiable with absolute latencies of 1.56, 3.52, 5.42 milliseconds, respectively. Interpeak latencies of wave I-III was 1.96 milliseconds and III-V was 3.52. The wave I-V interpeak latency also was recorded at 3.86 milliseconds.

**Impression:**

This is a normal brainstem auditory evoked response (BAER).  Clinical correlate is indicated.

Morteza Shamsnia, MD
FAAN, FAASM, FAANEM

Physician Signature

**JACKSON, Tanae DOB:** ██████████ **(20 yo F) Acc No. 14220 DOS:** 11/23/2022



Jackson, Tanae
20 Y old Female, DOB: ██████
Account Number: 14220
5020 CHARTRES ST, NEW ORLEANS, LA-
70117-3806
Home: 504-351-9018
Appointment Facility: Shamsnia Neurology

11/23/2022                                    Morteza Shamsnia, MD

## Reason for Appointment
1. Blurred Vision
2. Left Shoulder pain
3. Left UE paresthesia
4. Trauma to head and shoulder

## History of Present Illness
Chronic Low Back Pain:
.

    Patient is a 20-year-old female referred to our center for neurological evaluation. She is status post injury at work that occurred on June 5, 2021. Patient states that a piece of metal beam fell on her body, traumatizing her head and shoulder region. This happened during a construction site. Patient lost her balance for a short duration. She was seen at Tulane emergency room. X-rays were done and she was treated with naproxen. Later on she was followed and treated by her primary care physician and physical therapy.
    Her complaints on her visit to our clinic include tingling and paresthesia in the left shoulder, pain and paresthesia radiating to the left upper extremity toward her fifth digit. She has noticed some twitching of her interosseous muscles in this area. She also has some other symptoms that are noted in her chief complaints.

## Current Medications
Taking
- Naproxen 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs
Not-Taking
- HYDROcodone-Acetaminophen
Medication List reviewed and reconciled with the patient

## Past Medical History
    ----------------------------------------------------------------.
    8/4/2022 EMG BUE at Shamsnia Neurology:.
    Summary: Ulnar motor nerves affected across the elbows with loss of amplitude on the left..

---

**Progress Note: Morteza Shamsnia, MD    11/23/2022**

Note generated by eClinicalWorks EMR/PM Software www.eClinicalWorks.com

JACKSON, Tanae **DOB:** ███████████ (20 yo F) **Acc No. 14220 DOS:**
11/23/2022

Impression: Left C6, C7 radiculopathies. Bilateral ulnar neuropathies across the elbow L>R..
-------------------------------------------------------------------------.

8/13/2022 DEP at Shamsnia Neurology:.
Summary: Somatosensory evoked potential of the median nerves and dermatomal studies of BUE, C4-C8..
Impression: Normal median somatosensory evoked potential studies bilaterally. Normal dermatomal studies of BUE, C4-C8..
-------------------------------------------------------------------------.

8/13/2022 VERS at Shamsnia Neurology: OS absolute P1 latency of 111.30ms; OD absolute latency of 112.80ms..
Impression: ABNORMAL VERS with prolonged P1 latency of eyes bilaterally; the P1 difference between eyes was 1.5ms..
Prolonged absolute latencies are consistent with mild bilateral optic nerve dysfunction..
-------------------------------------------------------------------------.

8/13/2022 BAER at Shamsnia Neurology: NORMAL..
-------------------------------------------------------------------------.

## Surgical History
No Surgical History documented.

## Family History
Father: alive
Mother: alive
Non-Contributory

## Social History
Opioid Risk Tool:
Family History of Alcohol Abuse: No.
Family History of Illegal Drug Use: No.
Family History of Prescription Drug Abuse: No.
Personal History of Alcohol Abuse: No.
Personal History of Illegal Drug Use: No.
Personal History of Prescription Drug Abuse: No.
ADD,OCD, Bipolar, Schizophrenia: No.
Depression: No.
Are you between the ages of 16-45 years of age?: No.
History of preadolescent sexual abuse?: No.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems

---

**Progress Note: Morteza Shamsnia, MD    11/23/2022**

Note generated by eClinicalWorks EMR/PM Software www.eClinicalWorks.com

JACKSON, Tanae **DOB:** ▮▮▮▮▮▮▮ (20 yo F) **Acc No. 14220 DOS:** 11/23/2022

Ophthalmologic:
    Dizziness Yes. Blurred vision yes.
ENT:
    Decreased sense of smell denies. Snoring admits.
Respiratory:
    Asthma no. Breathing problems denies. Shortness of breath no.
Gastrointestinal:
    Abdominal pain denies. Change in bowel habits denies. Vomiting denies.
Musculoskeletal:
    Neck Pain yes. Pain in shoulder(s) yes.
Neurologic:
    Balance difficulty yes. Difficulty speaking denies. Dizziness admits. Fainting denies. Gait abnormality denies. Headache denies. Pain admits. Seizures denies. Stroke denies. Tingling/Numbness admits. Transient loss of vision denies.
Psychiatric:
    Anxiety denies. Auditory/visual hallucinations denies. Difficulty sleeping yes. Substance abuse denies. Suicidal thoughts denies.

## Vital Signs

HR **83 /min**, BP **119/73 mm Hg**, Wt **157 lbs**, BMI **27.81 Index**, Ht 63 in, Pain scale 0 1-10.

## Examination

Epworth Sleepiness Scale Score:
    Sitting and reading: 0 = would never dose.
    Watching television: 0 = would never doze.
    Sitting inactive in a public place: 0 = would never doze.
    As a passenger in a car for an hour without break: 3 = high chance of dozing.
    Lying down to rest in the afternoon: 3 = high chance of dozing.
    Sitting and talking quietly with someone: 0 = would never doze.
    Sitting quietly after lunch without alcohol 0 = would never doze.
    In a car, while stopped for a few minutes in traffic 0 = would never doze.
    Total Points: 6.
    Date of Service 05-13-2022.
Sleep Disorder Questionaire:
    I have been told I snore: No.
    I have been told that I stop breathing while I sleep: No.
    How often do you use the bathroom after falling asleep: 1.
    Date of Service 05-13-2022.
Head Trauma:
    Did you have head trauma? yes.
    Did you lose your consciousness? no.
    Were you dazed or confused after head trauma? yes.
    Symptoms of concussion: blurred vision , dizziness.
Concussion:

---

**Progress Note: Morteza Shamsnia, MD    11/23/2022**

Note generated by eClinicalWorks EHR/PM Software www.eClinicalWorks.com

JACKSON, Tanae **DOB:** ▮▮▮▮▮▮▮▮ (20 yo F) **Acc No.** 14220 **DOS:** 11/23/2022

CORTICAL FUNCTIONS: alert and oriented X 3.

CRANIAL NERVES: II - Pupils 4mms reacting briskly , no afferent pupil defect , II, IV, VI, - EOM were full with normal pursuit and saccade , No ptosis or nystagmus , VII - No asymmetry or weakness , IX,X - Palate rose in mid line , XI - Sternocleidomastoid, trapezius strength intact..

MOTOR STRENGTH: muscle spasm present in the cervical/shoulder region with limited range of motion.

Winging of right scapula..

SENSORY: abnormal, paresthesia at C8-T1 dermatome..

REFLEXES: 2+ symmetrical.

PLANTARS: normal , down going bilaterally.

CEREBELLAR SIGNS: absent.

TREMORS: absent.

GAIT AND STATION: normal.

SPEECH: normal.

## Assessments

1. Radiculopathy, cervicothoracic region - M54.13
2. Unspecified amblyopia, bilateral - H53.003
3. Dizziness and giddiness - R42
4. Abnormal visually evoked potential [VEP] - R94.112
5. Cervical disc disorder at C6-C7 level with radiculopathy - M50.123
6. Chronic post-traumatic headache, intractable - G44.321

.

Patient is a 20-year-old female status post work accident on June 5, 2021. Following an abnormal neurological exam, including Wing Right Scapula, Left Hand Twitching involving the interosseous muscles innervated by the Left Ulnar Nerve, and limited ROM of the neck and left shoulder with spasms noted in these areas, the patient underwent diagnostic testing with results as follow: normal BAER, VER with mildly prolonged absolute latencies bilaterally consistent with optic neuropathies. EMG/NCV indicative of Left C6/C7 radiculopathies, and normal DEP of bilateral median nerves and C4-C8 dermatomes.

Given these findings, the next step in her evaluation ought to be a 3T MRI Brain to evaluate Ms. Jackson's complaints of blurry vision and dizziness with abnormal VER, and a dynamic MRI of the cervical spine with flex/ext imaging to further evaluate her left-sided cervical radiculopathies.

I will see her for follow-up evaluation in 2 months, or sooner if studies are completed this month.

She is not taking any narcotic pain medications, she does not require a refill of NAPROXEN at this time, and a review of her Louisiana Board of Pharmacy data shows a single short-term prescription for narcotic medication from a dentist three months ago. Her OD score is 280 and her MME is 0.

## Treatment

**1. Radiculopathy, cervicothoracic region**
    IMAGING: MRI : Cervical without Contrast
        Notes :Please obtain cervical MRI at Stand-Up Open MRI with flexion and extension images.

**2. Unspecified amblyopia, bilateral**
    IMAGING: MRI : Brain w/ DTI and Fiber Tracking w/ contrast

---

**Progress Note: Morteza Shamsnia, MD    11/23/2022**

Note generated by the DigiOnHealth EMR EHR Software www.DigiWorks.com

JACKSON, Tanae **DOB:** ▮▮▮▮▮▮▮ (20 yo F) **Acc No.** 14220 **DOS:** 11/23/2022

Notes :Please obtain 3T MRI.

## 3. Abnormal visually evoked potential [VEP]
   <u>IMAGING: MRI : Brain w/ DTI and Fiber Tracking w/ contrast</u>
   Notes :Please obtain 3T MRI.

Follow Up
2 Months

Electronically signed by MORTEZA SHAMSNIA , MD on 01/09/2023 at 07:40 PM CST

Sign off status: Completed

Shamsnia Neurology
2909 Kingman Street
STE 2
METAIRIE, LA 700066615
Tel: 504-717-2233
Fax: 504-517-1771

**Progress Note: Morteza Shamsnia, MD   11/23/2022**

**Shamsnia Neurology**
 📍 2909 Kingman Street, STE 2
   METAIRIE, LA, 700066615
 📞 504-717-2233   📠 504-517-1771

# Jackson, Tanae, Female, ▮▮▮▮▮▮   ID: 14220
 📞 504-351-9018  📍 5020 CHARTRES ST, NEW ORLEANS, LA 70117-3806

Today: 01/12/2023 09:05 AM
Order Date: 05/31/2022 01:00 PM

Primary Insurance Name:
Insurance Address:
Subscriber Number:
Insured Name:
Address:

| Priority | Test Name | Assessment(s) | Instructions |
|---|---|---|---|
| Routine | **EMG/NCV/DEP UE** | - M89.8X1,  Other specified disorders of bone, shoulder | |
| Routine | **EVOKED AUDITORY TEST** | - R42,  Dizziness and giddiness | |
| STAT | **VISUAL EVOKED POTENTIAL TEST** | - H53.003,  Unspecified amblyopia, bilateral | |

Electronically Signed By: Morteza Shamsnia, MD

Signature of Patient/Guardian

Order generated by eClinicalWorks (www.eclinicalworks.com)

Jackson, Tanae, F, ▮▮▮▮▮▮



# Vendor: eClinicalWorks
# SNL : eREQ

**Client Information:**
Name:  Shamsnia Neurology
Address: 2909 Kingman Street, STE 2
City, State, Zip:  METAIRIE, LA, 700066615

**Account No:**  85539000
**Phone Number:**  504-717-2233
**Fax Number:**

**Requisition/Physician Information:**
Req/Ctrl# (CD-): 5Q40796
Physician Name: SHAMSNIA, MORTEZA
Physician PagerNo:
Coll Date:    Coll Time:

**Physician Upin:**
**Physician NPI:** 1508811704

**Order date:** 05/31/2022

**Patient Information:**
Name: JACKSON, TANAE
ID: 14220
Phone: (504)351-9018
Address: 5020 CHARTRES ST

**Date of Birth:** ▓▓▓▓
**Sex:**  Female
**SSN:** ****▓▓
**City-State-Zip:** NEW ORLEANS, LA-70117-3806

**Responsible Party/Insured's Information:**
Name: ,
Address:

**Relationship:**
**Phone:**

**Primary Billing:    Patient**

**Secondary Billing:    Patient**

| Tests Ordered: | Comments: | AOE: | Diagnosis Codes: | Stat: | Fasting: |
|---|---|---|---|---|---|
| - MRI : Cervical Spines | | | M898X1 | STAT | N |

**Authorization – Please sign and Date:**
 I hereby authorize the release of medical information related to the services described hereon and authorize payment directly to SNL Lab company.

_____              _____
Patient Signature                                               Date

*[signature]*

_____              _____
Physician Signature                                            Date

---

Order generated by eClinicalWorks

(www.eclinicalworks.com)

JACKSON, TANAE , ▓▓▓▓▓ Patient
ID:14220, Req No:5Q40796

JACKSON, TANAE SUNDRAYA (id #17904, dob: )
none • 1616 Caffin Ave., NEW ORLEANS LA 70117-2950
JACKSON, TANAE SUNDRAYA (id #17904, dob: ██████████)

Page 43/86



### Baptist Community
# Health Services

Baptist Community Health Services, Inc.
1616 Caffin Ave.
NEW ORLEANS, LA 70117-2950
Phone: (504) 533-4999, Fax: (504) 503-0299

Date: 09/28/2021

Dear Tanae Jackson,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MARY BROWNING, PA

## Patient Care Summary for Tanae Sundraya Jackson

### Most Recent Encounter
09/28/2021 Mary Elizabeth Browning: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. tel:+1-504-5334999

### Reason for Visit
new patient
per patient she is establishing care to f/u on shoulder pain after a metal beam fell on her at work, was in a shoulder slang for two months. Per patient she is having muscle spams in her shoulder.

**Assessment and Plan**

The following list includes any diagnoses that were discussed at your visit.

1. Adult health examination
• HIV combo Ag/Ab 4TH gen
• CBC
• comprehensive metabolic
• acute hepatitis panel
• iron + TIBC + UIBC + sat
• lipid panel
• vitamin D-25 hydroxy
• vitamin B12 and folate
• hemoglobin A1c, QN, blood

2. Venereal disease screening
• RPR
• GC/chlamydia, amplified urine
• trichomonas, urine
• pregnancy test, urine

3. Pain of left shoulder joint
• naproxen 500 mg tablet

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | | Provider |
|---|---|---|---|---|
| Appointments | Adult Zoom/Doximity Est | 10/14/2021 8:40AM | | Mary Elizabeth Browning, PA |
| Lab | HIV Combo Ag/Ab 4TH Gen | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Cbc | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Comprehensive Metabolic | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Acute Hepatitis Panel | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Iron + TIBC + UIBC + Sat | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Lipid Panel | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Vitamin D-25 Hydroxy | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Vitamin B12 and Folate | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Hemoglobin a1C, QN, Blood | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Rpr | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | GC/chlamydia, Amplified Urine | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Trichomonas, Urine | 09/28/2021 | | Accu Reference Medical Lab - Metarie PSC |
| | Pregnancy Test, Urine | 09/28/2021 | | Baptist Community Health Services INC |
| Referral | None recorded. | | | |
| Procedures | None recorded. | | | |
| Surgeries | None recorded. | | | |
| Imaging | None recorded. | | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|------|-----------------|------------|
| naproxen 500 mg tablet | 09/28/2021 | |
| Take 1 tablet twice a day by oral route as needed for 14 days. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Respiration Rate |
|--------|--------|-----|----------------|-------|---------------|-------------|------------------|
| 5 ft 2 in (19th %ile) Stated | 158.2 lbs (88th %ile) Without clothes | 28.9 (92nd %ile: Age and sex) kg/m2 | 118/75 mm[Hg] | 78 bpm regular | 98% Room Air at Rest | 98.7 F° oral | 18 |

## Results
### Lab Results

| Date | Name | Specimen | Result Interpretation | Description | Value | Range | Status | Address |
|------|------|----------|----------------------|-------------|-------|-------|--------|---------|
| 09/28/2021 | Pregnancy Test, Urine | | | Hcg | negative | | | Baptist Community Health Services INC: 4960 St Claude Ave, New Orleans |

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|------|-------------|------|----------|----------|-------|
| | | Orange | | | |
| 1492174 | RxNorm | Pineapple | | | |

## Problems
No Known Problems

## Procedures

Notes: Patient indicated no previous surgeries on (09/25/2021)

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status
Tobacco Smoking Status                                    Never Smoker

## Past Encounters
09/28/2021
Adult Health Examination; Venereal Disease Screening; Pain of Left Shoulder Joint
Mary Elizabeth Browning, PA: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. (504) 533-4999

## Demographics

| | | | |
|--|--|--|--|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | 10/22/2002 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Never Married |

Contact:        5020 Chartres St, New Orleans, LA 70117, Ph. tel:+1-504-3519018

JACKSON, TANAE SUNDRAYA (id #17904, dob: ▮▮▮▮▮)                    Page 21/86
none • 1616 Caffin Ave., NEW ORLEANS LA 70117-2950
JACKSON, TANAE SUNDRAYA (id #17904, dob: ▮▮▮▮▮▮)



Baptist Community Health Services, Inc.
1616 Caffin Ave.
NEW ORLEANS, LA 70117-2950
Phone: (504) 533-4999, Fax: (504) 503-0299

Date: 12/21/2021

RE: Tanae Jackson, DOB: ▮▮▮▮▮ PT ID #17904

Dear Ochsner St Bernard Multispecialty Clinic,

The following is a summary of the care this patient has received at our practice. If you have questions, please contact our office.

Sincerely,

Electronically Signed by: MARY BROWNING, PA

## Referral Note for Tanae Sundraya Jackson

## Encounter Details
Mary Browning: 1616 Caffin Ave., NEW ORLEANS, LA 70117-2950, Ph. tel: (504) 533-4999

### Table of Contents

Demographics
Care Team Members
Reason for Referral
Reason for Visit
Assessment
Plan of Treatment
Results
Problems
Procedures
Medical Equipment
Allergies
Medications
History of Present Illness
Physical Exam
Review of Systems
Vitals
Social History
Functional Status
Mental Status
Family History
Medical History
Immunizations
Past Encounters
Goals Section
Health Concerns Section

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | ████████ | Race: | Black or African American |
| Preferred language: | English | Marital status: | Single |
| Previous Name: | | | |

Contact: 5020 Chartres St., New Orleans, LA 70117, Ph. tel:+1-504-351-9018 (Primary Home) tel:+1-504-351-9018 (Mobile)

## Care Team Members

Other

None Recorded

## Reason for Referral

## Reason for Visit

Pain of left shoulder joint, Vitamin B12 deficiency (non anemic), Oral contraception

## Assessment

| Encounter Assessment Date | Assessment Date | Assessment |
|---|---|---|
| 12/21/2021 | 12/21/2021 | The patient??A?A?s time-sensitive medical condition or disease requires a face-to-face visit for continued treatment in accordance with the standard of care and is medically appropriate. I have explained to the patient the risks associated with a face-to-face visit associated with the COVID-19 virus, but that it is my opinion that a face-to-face visit is required to ensure appropriate care is provided to the patient during the public emergency. I have explained to the patient that measures are being taken to avoid such risks, however, the risk associated with this contagious virus cannot be eliminated. I also informed the patient of the possibility of quarantine and isolation measures that may be required following the face-to-face visit. The patient understands the risk of the face-to-face visit, and has consented to proceed. Appropriate instructions for follow-up care have been provided. |

Patient Targets

| Encounter Date | Instructions | Goals |
|---|---|---|
| 12/21/2021 | | |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| Appointments | Adult Office Visit Est | 12/21/2021 02:00PM | | MARY BROWNING, PA | |
| Lab | pregnancy test, urine | 12/21/2021 | 12/21/2021 | Baptist Community Health Services INC, 4960 St Claude Ave, New Orleans, LA, 70117, Ph (504) 533-4999 | |
| Referral | physical therapist referral - 19 yo F with left shoulder injury June 2021 after beam fell on shoulder. No fracture, but continues to have pain and tingling in arm. | 12/21/2021 | 12/21/2021 | Ochsner St Bernard Multispecialty Clinic, 8050 W Judge Perez Dr, Chalmette, LA, 70043, Ph (504) 842-4015 | |
| Procedures | None recorded. | | | | |
| Surgeries | None recorded. | | | | |
| Imaging | None recorded. | | | | |

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Vitamin B12 deficiency (non anemic) | Active | 11/11/2021 | 11/11/2021 | | | |
| Vitamin D deficiency | Active | 10/05/2021 | 10/05/2021 | | | |
| Leukopenia | Active | 11/11/2021 | 11/11/2021 | | | |
| Mild asthma | Active | 11/11/2021 | 11/11/2021 | | | CHRONIC |
| Pain of left shoulder joint | Active | 12/21/2021 | 12/21/2021 | | | |

## Procedures
Surgical History

None recorded.

Imaging Results

None recorded.

## Medical Equipment
None Reported.

## Allergies

| Name | Reaction | Severity | Status | Onset | Category |
|---|---|---|---|---|---|
| orange | | | active | | Medication Allergy |
| pineapple | | | active | | Non-Medication Allergy |



## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|------|-----|------------|-----------|--------|------|
| cyclobenzaprine 10 mg tablet | TAKE 1 TABLET BY MOUTH TWICE DAILY AS DIRECTED FOR MUSCLE SPASMS | | 09/28/2021 | completed | |
| Loestrin Fe 1/20 (28-Day) 1 mg-20 mcg (21)/75 mg (7) tablet | Take 1 tablet every day by oral route for 28 days. | | | active | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet | Take 1 tablet every day by oral route for 30 days. | 11/11/2021 | | active | |
| lidocaine 5 % topical patch | UNWRAP AND APPLY 1 PATCH TO SKIN DAILY | | 09/28/2021 | completed | |
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | Inhale 2 puffs every 4 hours by inhalation route as needed for 90 days. | | | active | |
| naproxen 500 mg tablet | Take 1 tablet twice a day by oral route as needed for 14 days. | 12/21/2021 | | active | |
| cholecalciferol (vitamin D3) 1,250 mcg (50,000 unit) capsule | Take 1 capsule every week by oral route for 56 days. | | | active | |

## History of Present Illness

Patient is a 19yo F who presents to clinic to follow up on shoulder pain.
1. left shoulder injury in June, beam fell on her at restaurant. Went to ED at Tulane and received a pain medication and muscle relaxer. Had xray that showed no fracture. Was given naproxen and cyclobenzaprine is out of both. States she only needs the naproxen sometimes, no longer needs cyclobenzaprine. Has not seen ortho or PT. Daily tingling in left fingers that comes and goes, does not cause any difficulty in her day-to-day life at this time.

# Referral Order

12/21/2021

| To Provider | From Provider |
|---|---|
| **OCHSNER ST BERNARD MULTISPECIALTY CLINIC**<br><br>8050 W JUDGE PEREZ DR<br>CHALMETTE, LA 70043<br>Phone:<br>Phone: (504) 842-4015<br>Fax:<br>Fax: (504) 842-8416 | **MARY BROWNING, PA**<br>Sanchez<br>1616 Caffin Ave.<br>NEW ORLEANS, LA 70117-2950<br>Phone: (504) 533-4999<br>Fax: (504) 503-0299 |

## Referral Order Information

| | |
|---|---|
| **Diagnosis** | • Pain of left shoulder joint<br>  ICD-10: M25.512: Pain in left shoulder |
| **Order Name** | Orders included: 1<br><br>Pain of left shoulder joint<br>ICD-10: M25.512: Pain in left shoulder<br>• PHYSICAL THERAPIST REFERRAL<br>      Schedule Within: provider's discretion   Note to Provider: 19 yo F with left<br>      shoulder injury June 2021 after beam fell on shoulder. No fracture, but continues<br>      to have pain and tingling in arm. |
| **Notes** | **19 yo F with left shoulder injury June 2021 after beam fell on shoulder. No fracture, but continues to have pain and tingling in arm.** |

## Patient Information

| | |
|---|---|
| **Patient Name** | JACKSON, TANAE SUNDRAYA |
| **Sex - DOB - Age** | F ▓▓▓▓▓▓ 19yo |
| **Address** | 5020 CHARTRES ST.<br>NEW ORLEANS, LA 70117 |
| **Phone** | H: (504) 351-9018<br>M: (504) 351-9018 |
| **Primary Insurance** | Healthy Blue of LA (Medicaid Replacement - HMO)<br>ID: XHB726728976<br>Group: LAMCD000<br>Policy Holder: JACKSON, TANAE S |
| **Secondary Insurance** | None recorded. |

Electronically Signed by: MARY BROWNING, PA

_(signature)_

MARY BROWNING, PA




Baptist Community Health Services, Inc.
1616 Caffin Ave.
NEW ORLEANS, LA 70117-2950
Phone: (504) 533-4999, Fax: (504) 503-0299

Date: 12/22/2021

Dear Tanae Jackson,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MARY BROWNING, PA

# Patient Care Summary for Tanae Sundraya Jackson

## Most Recent Encounter
12/21/2021 Mary Elizabeth Browning: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. tel:+1-504-5334999

## Reason for Visit
None recorded.

## Assessment and Plan
The following list includes any diagnoses that were discussed at your visit.
1. Pain of left shoulder joint
• naproxen 500 mg tablet
• physical therapist referral
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
2. Vitamin B12 deficiency (non anemic)
• learning about iron supplements
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
3. Oral contraception
• pregnancy test, urine
• learning about birth control: combination pills
• Loestrin 1/20 (21) 1 mg-20 mcg tablet

Discussion Note: None recorded.



## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Adult Office Visit Est | 06/21/2022 9:00AM | Mary Elizabeth Browning, PA |
| Lab | Pregnancy Test, Urine | 12/21/2021 | Baptist Community Health Services INC |
| Referral | Physical Therapist Referral | 12/21/2021 | Ochsner St Bernard Multispecialty Clinic |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route as needed for 90 days. | | |
| cholecalciferol (vitamin D3) 1,250 mcg (50,000 unit) capsule<br>Take 1 capsule every week by oral route for 56 days. | | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet<br>Take 1 tablet every day by oral route for 30 days. | 11/11/2021 | |
| Loestrin 1/20 (21) 1 mg-20 mcg tablet<br>Take 1 tablet every day by oral route for 28 days. | 12/21/2021 | |
| naproxen 500 mg tablet<br>Take 1 tablet twice a day by oral route as needed for 14 days. | 12/21/2021 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Respiration Rate |
|---|---|---|---|---|---|---|---|
| 5 ft 3 in (31st %ile) Stated | 183 lbs (95th %ile) With clothes | 32.4 (96th %ile: Age and sex) kg/m2 | 127/75 mm[Hg] | 86 bpm regular | 98% Room Air at Rest | 97.7 F° temporal artery | 18 |

## Results
### Lab Results

| Date | Name | Specimen | Result | Interpretation | Description | Value | Range | Status | Address |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | Pregnancy Test, Urine | | | | Hcg | negative | | | Baptist Community Health Services INC: 4960 St Claude Ave, New Orleans |

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Orange | | | |
| 1492174 | RxNorm | Pineapple | | | |

## Problems

| Name | Status | Onset Date | Source |
|------|--------|-----------|--------|
| Vitamin D Deficiency | Active | 10/05/2021 | |
| Vitamin B12 Deficiency (Non Anemic) | Active | 11/11/2021 | |
| Leukopenia | Active | 11/11/2021 | |
| Mild Asthma | Active | 11/11/2021 | |
| Pain of Left Shoulder Joint | Active | 12/21/2021 | |

## Procedures

Notes: Patient indicated no previous surgeries on (09/25/2021)

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

Notes: Has not had a covid vaccine

## Tobacco Smoking Status

Tobacco Smoking Status                    Never Smoker

## Past Encounters

12/21/2021
Pain of Left Shoulder Joint; Vitamin B12 Deficiency (Non Anemic); Oral Contraception
Mary Elizabeth Browning, PA: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. (504) 533-4999

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | ███████████ | Race: | Black or African American |
| Preferred language: | English | Marital status: | Never Married |

Contact:            5020 Chartres St., New Orleans, LA 70117, Ph. tel:+1-504-3519018

**ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**      06/22/22   filled
Take 1 capsule(s) every week by oral route for 28 days.

**naproxen 500 mg tablet**                                          06/21/22   prescribed
Take 1 tablet(s) twice a day by oral route as needed for 14 days.

## Vaccination History
Has not had a covid vaccine

## Letters
none • 1616 Caffin Ave., NEW ORLEANS LA 70117-2950

JACKSON, TANAE SUNDRAYA (id #17904, dob: ███████████)



Baptist Community Health Services, Inc.
1616 Caffin Ave.
NEW ORLEANS, LA 70117-2950
Phone: (504) 533-4999, Fax: (504) 503-0299

Date: 03/09/2022

Dear Tanae Jackson,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MARY BROWNING, PA

## Patient Care Summary for Tanae Sundraya Jackson

### Most Recent Encounter
03/08/2022 Mary Elizabeth Browning: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. tel:+1-504-5334999

### Reason for Visit
Pain of left shoulder joint

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
1. Pain of left shoulder joint
• tizanidine 2 mg tablet

---

2. Oral contraception
• Blisovi Fe 1/20 (28) 1 mg-20 mcg (21)/75 mg (7) tablet
• pregnancy test, urine

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Adult Office Visit Est | 06/21/2022 9:00AM | Mary Elizabeth Browning, PA |
| Lab | Pregnancy Test, Urine | 03/08/2022 | Baptist Community Health Services INC |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route as needed for 90 days. | | |
| Blisovi Fe 1/20 (28) 1 mg-20 mcg (21)/75 mg (7) tablet<br>Take 1 tablet every day by oral route for 28 days. | 03/08/2022 | |
| cyanocobalamin (vit B-12) 1,000 mcg tablet<br>Take 1 tablet every day by oral route for 30 days. | 11/11/2021 | |
| tizanidine 2 mg tablet<br>Take 1 tablet twice a day by oral route as needed for 5 days. | 03/08/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Respiration Rate |
|---|---|---|---|---|---|---|---|
| 5 ft 3 in (31st %ile) | 183.4 lbs (95th %ile) With clothes | 32.5 (96th %ile: Age and sex) kg/m2 | 111/75 mm[Hg] | 98 bpm | 98% Room Air at Rest | 98 F° temporal artery | 18 |

## Results
### Lab Results

| Date | Name | Specimen | Result | Interpretation | Description | Value | Range | Status | Address |
|---|---|---|---|---|---|---|---|---|---|
| 03/08/2022 | Pregnancy Test, Urine | | | | Hcg | negative | | | Baptist Community Health Services INC: 4960 St Claude Ave, New Orleans |

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|------|-------------|------|----------|----------|-------|
| | | Orange | | | |
| 1492174 | RxNorm | Pineapple | | | |

## Problems

| Name | Status | Onset Date | Source |
|------|--------|------------|--------|
| Vitamin D Deficiency | Active | 10/05/2021 | |
| Vitamin B12 Deficiency (Non Anemic) | Active | 11/11/2021 | |
| Leukopenia | Active | 11/11/2021 | |
| Mild Asthma | Active | 11/11/2021 | |
| Pain of Left Shoulder Joint | Active | 12/21/2021 | |

## Procedures

Notes: Patient indicated no previous surgeries on (09/25/2021)

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

Notes: Has not had a covid vaccine

## Tobacco Smoking Status

Tobacco Smoking Status                                        Never Smoker

## Past Encounters
03/08/2022
Pain of Left Shoulder Joint; Oral Contraception
Mary Elizabeth Browning, PA: 1616 Caffin Ave., New Orleans, LA 70117-2950, Ph. (504) 533-4999

## Demographics

| | | | |
|------|------|------|------|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | ▆▆▆▆▆▆▆ | Race: | Black or African American |
| Preferred language: | English | Marital status: | Never Married |

Contact:        5020 Chartres St, New Orleans, LA 70117, Ph. tel:+1-504-3519018