**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TANAE JACKSON | * | CIVIL NO.: 2:23-cv-905 |
| | * | |
| PLAINTIFF | * | JUDGE: ELDON E. FALLON |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| | * | |
| BURGER KING CORP., XYZ | * | |
| INSURANCE COMPANY, TRAVELERS | * | |
| INS. CO., GPS HOSPITALITY | * | |
| PARTNERS, FCCI INSURANCE | * | |
| GROUP, INNOVATIVE BUILDING | * | |
| SOLUTIONS, LLC-SOUTHEAST | * | |
| | * | |
| DEFENDANTS | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DISCLOSURE STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1(a)(2)

Defendants, Innovative Building Solutions, LLC-Southeast and FCCI Insurance Company, submit their disclosure statements in accordance with Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, as follows:

Defendant Innovative Building Solutions, LLC-Southeast is a limited liability company organized under the laws of Alabama with its principal place of business in Alabama. The sole member of Innovative Building Solutions, LLC-Southeast is Richard Bass, managing member, who is a resident of Daphne, Alabama. Therefore, Innovative Building Solutions, LLC-Southeast is considered a citizen of Alabama.

In accordance with 28 U.S.C. § 1332(c)(1)(A), Defendant FCCI Insurance Company takes on the citizenship of its insured, Innovative Building Solutions, LLC-Southeast, for the purposes of determining diversity in a direct-action lawsuit. Furthermore, FCCI Insurance Company is incorporated in Florida with its principal place of business in Florida. Therefore,

FCCI Insurance Company is considered a citizen of Florida and Alabama for purposes of diversity.

Respectfully submitted,

*/s/ Reed S. Minkin*
**LANCE B. WILLIAMS, T.A.** (Bar No. 23373)
**REED S. MINKIN** (Bar No. 28687)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MCDANIEL & WELCH
195 Greenbriar Boulevard, Suite 200
Covington, Louisiana 70433
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
Email: mrs@mcsalaw.com
Email: rsm@mcsalaw.com
E-Mail for Service: lbw@mcsalaw.com; rsm@mcsalaw.com; vaw@mcsalaw.com; emh@mcsalaw.com
**ATTORNEYS FOR INNOVATIVE BUILDING SOLUTIONS, LLC-SOUTHEAST AND FCCI INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 18th day of April 2023.

*/s/ Reed S. Minkin*
REED S. MINKIN