UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TANAE JACKSON | CIVIL ACTION |
| VERSUS | NO. 23-905 |
| BURGER KING CORP, ET AL | SECTION: P (4) |

### SCHEDULING ORDER

A Scheduling Conference was held August 30, 2023.

Participating were:   Jamie F. Gontarek, for plaintiff
Lance Williams, for defendants

Issue is joined as to all parties. Jurisdiction and venue are established.

All parties have stipulated that initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) will not be conducted in this case.

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **SEPTEMBER 29, 2023,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to the issuance of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

The Court will hold a Status Conference on **AUGUST 14, 2024** at **2:00 p.m.** for the purpose of discussing the status of the case.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **MARCH 15, 2024.** This deadline shall

also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **APRIL 15, 2024.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **MAY 15, 2024.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **JUNE 13, 2024.**

Depositions for trial use shall be taken and all discovery shall be completed no later than **JUNE 13, 2024.** This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All dispositive motions shall be filed no later than **JULY 12, 2024**.

All non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony, shall be filed no later than **JULY 23, 2024** to permit a submission date of **AUGUST 7, 2024.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition**

**transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by **AUGUST 27, 2024** and responses thereto shall be filed by **SEPTEMBER 3, 2024.**

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-555 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. **This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.**

The parties must attend a settlement conference with the assigned magistrate judge. **The parties must contact the assigned magistrate judge six weeks prior to the pretrial conference date for the purpose of scheduling a settlement conference which should be held within two weeks prior to the pretrial conference.**

A Final Pretrial Conference will be held on **SEPTEMBER 11, 2024 at 11:30 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) workdays prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, SEPTEMBER 23, 2024 at 9:00 a.m.** before the District Judge WITH a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last five (5) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not be granted, except for good cause.

The parties are urged to work diligently to comply with the rules and deadlines set forth in this order.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By:** s/Courtney Ancar
**Case Manager**
**504-589-7715**